**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01951-REB-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

JUSTIN VERGANO, as president of
ULTIMATE LANDSCAPE CARE, INC.,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Motion to Dismiss** [#6], filed November 27, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Motion to Dismiss** [#6], filed November 27, 2006, is **GRANTED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3.  That the hearing on the petition to enforce the IRS Petition, set for December 1, 2006, is **VACATED**.

    Dated November 28, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      s/ Robert E. Blackburn
                                      **Robert E. Blackburn
                                      United States District Judge**